**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**--------------------------------------------------x**

**FABIANA MEDINA, on behalf of herself and others similarly situated,**

**Plaintiff,**

**v.**

**CASA ORA, LLC and IVO DIAZ,**

**Defendants.**

**--------------------------------------------------x**

**CASE NO. 25-CV-2313**

**PLAINTIFF'S REQUEST FOR CERTIFICATE OF DEFAULT**

**PLAINTIFFS' REQUEST FOR CERTIFICATE OF DEFAULT**

To: Brenna B. Mahoney
Clerk of Court
United States District Court
Eastern District of New York

Please enter the default of Defendants Casa Ora, LLC and Ivo Diaz, pursuant to Rule 55(a) of the Federal Rule of Civil Procedure for failure to defend this action as fully appears from the court file herein and from the attached declaration of Michael DiGiulio and Plaintiff Fabiana.

Dated: New York, New York
June 18, 2025

JOSEPH & KIRSCHENBAUM LLP

By: *s/Michael DiGiulio*_
D. Maimon Kirschenbaum
Michael DiGiulio
32 Broadway, Suite 601
New York, New York 10004
(212) 688-5640

*Attorneys for Plaintiffs*