**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**---------------------------------------------------x**

**FABIANA MEDINA, on behalf of herself and others similarly situated,**

**Plaintiff,**

**v.**

**CASA ORA, LLC and IVO DIAZ,**

**Defendants.**

**---------------------------------------------------x**

**CASE NO. 25-CV-2313**

**DECLARATION OF MICHAEL DIGIULIO IN SUPPORT OF PLAINTIFF'S REQUEST FOR A CERTIFICATE OF DEFAULT**

## DECLARATION OF MICHAEL DIGIULIO

Michael DiGiulio declares under penalty of perjury pursuant to 28 U.S.C. § 1745 that:

1. I submit this declaration in support of Plaintiff's request for a certificate of default pursuant to Fed. R. Civ. P. 55(a) and Local Civil Rule 55.1 in the above captioned case.

2. I am an attorney with Joseph & Kirschenbaum LLP, Plaintiff's counsel in this action. I am familiar with the facts and circumstances set forth herein.

3. The complaint in this action was filed on April 25, 2025. Dkt. No. 1.

4. A summons and copy of the complaint were properly served on Defendant Casa Ora, LLC ("Casa Ora"), on May 8, 2025, and their Answer was due on May 29, 2025. Dkt. No. 6.

5. A summons and copy of the complaint were properly served on Defendant Ivo Diaz on April 30, 2025, and his Answer was due on May 21, 2025. Dkt. No. 7.

6. Defendant Casa is a limited liability company and is therefore not an infant, in the military or an incompetent person.

7. As detailed in the June 16, 2025 declaration of Fabiana Medina, submitted

herewith, Defendant Ivo Diaz is not an infant or incompetent and, based on this information known to Plaintiff, not in the military.

8. Defendants' time to respond to the complaint has expired, and they have failed to appear, plead, or otherwise defend the action.

9. Wherefore, Plaintiff requests that the default of Defendant Casa Ora LLC, and Defendant Ivo Diaz be noted, and a certificate of default be issued.

10. A proposed Certificate of Default form is attached to this declaration as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
June 16, 2025

JOSEPH & KIRSCHENBAUM LLP

By: *s/Michael DiGiulio*_

Michael DiGiulio
32 Broadway, Suite 601
New York, New York 10004
(212) 688-5640

*Attorneys for Plaintiff*