**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**---------------------------------------------------x**
**FABIANA MEDINA, on behalf of herself and others similarly situated,**

**Plaintiff,**

**v.**

**CASA ORA, LLC and IVO DIAZ,**

**Defendants.**
**---------------------------------------------------x**

**CASE NO. 25-CV-2313**

**[PROPOSED] CERTIFICATE OF DEFAULT**

## CERTIFICATE OF DEFAULT

I, Breanna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that this action was commend on April 25, 2025 with the filing of a summons and complaint. A summons and copy of the complaint were properly served on Defendant Casa Ora, LLC ("Casa Ora"), on May 8, 2025, and their Answer was due on May 29, 2025, proof of service was therefore filed on May 16, 2025. (Doc. No. 6. A summons and copy of the complaint were properly served on Defendant Ivo Diaz on April 30, 2025, and his Answer was due on May 21, 2025, and proof of service was therefore filed on May 16, 2025. (Doc. No 7). I further certify that the docket entries indicate that that the Defendants have not filed an answer or otherwise moved with respect to the complaint herein. The default of the Defendants is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York

____________________

BRENNA B. MAHONEY, Clerk of Court

By: ______________________________

Deputy Clerk