**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**- ------------------------------------------------x**
**FABIANA MEDINA, on behalf of herself and others similarly situated,**

**Plaintiff,**

**v.**

**CASA ORA, LLC and IVO DIAZ,**

**Defendants.**

**- ------------------------------------------------x**

**CASE NO. 25-CV-2313**

**DECLARATION OF FABIANA MEDINA**

I, Fabiana Medina, under penalty of perjury, affirm as follows:

1. I am a Plaintiff in the above-referenced action. I am familiar with the facts and circumstances set forth herein.
2. I worked at for Defendants' restaurant named Casa Ora from early 2023 through November 2024.
3. Defendant Ivo Diaz is the owner and operator of Casa Ora.
4. Defendant Ivo Diaz is approximately 40 years old.
5. Defendant Ivo Diaz supervised the restaurant and was not incompetent.
6. Defendant Ivo Diaz was not in the military. He routinely worked at the Restaurant and never took time off for military service.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
6/18/2025

Signed by:
A4557E28D4DC452...
Fabian Medina