**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**---------------------------------------------------x**

**FABIANA MEDINA, on behalf of herself and others similarly situated,**

**Plaintiff,**

**v.**

**CASA ORA, LLC and IVO DIAZ,**

**Defendants.**

**---------------------------------------------------x**

**CASE NO. 25-CV-2313**

**CERTIFICATE OF SERVICE**

## CERTIFICATE OF SERVICE

Michael DiGiulio declares under penalty of perjury pursuant to 28 U.S.C. § 1745 that:

1. I am an attorney with Joseph & Kirschenbaum LLP, Plaintiff's counsel in this action. I am familiar with the facts and circumstances set forth herein. I submit this certificate of service pursuant to Local Civil Rule 55.1(a)(4).

2. On June 18, 2025, I filed Plaintiff's request for a certificate of default (Dkt. No. 8), the Declaration of Michael DiGiulio in Support of Plaintiff's Request for a Certificate of Default (Dkt. No. 8-1), a proposed certificate of default (Dkt. No. 8-2), and a Declaration of Fabiana Medina (Dkt. No. 8-4) (collectively, "Plaintiff's Request for a Certificate of Default Moving Papers").

3. On June 18, 2025, pursuant to Local Civil Rule 55.1(a)(4), my office mailed copies of Plaintiff's Request for a Certificate of Default Moving Papers to Defendant Casa Ora, LLC and Defendant Ivo Diaz at 148 Meserole Street, Brooklyn NY 11206 via USPS Priority Mail.

4. 148 Meserole Street, Brooklyn NY 11206 is the principal place of business for Defendant Casa Ora, LLC and Defendant Ivo Diaz's actual place of business. Defendant Ivo

Diaz owns and operates Casa Ora, LLC.

Dated: New York, New York
June 20, 2025

JOSEPH & KIRSCHENBAUM LLP

By: _s/Michael DiGiulio__

Michael DiGiulio
32 Broadway, Suite 601
New York, New York 10004
(212) 688-5640

*Attorneys for Plaintiff*