JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph
Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas C. Buzzard
Leah Seliger
Michael DiGiulio

32 Broadway, Suite 601 D.
New York, NY 10004
Phone (212) 688-5640
Fax (212) 688-2548
www.jk-llp.com

September 5, 2025

**VIA ECF**

Hom. Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Fabiana Medina v. Casa Ora, LLC, et al.* – Case No. 1:25-cv-2313 – Letter Request for Order to Compel

Dear Judge Levy,

    We represent Plaintiff Fabiana Medina in the above-referenced action. We write respectfully pursuant to your Honor's Individual Rule 3(B) to request an order compelling Defendants to respond to Plaintiff's discovery requests. We submit this letter now, prior to the conference currently scheduled for September 9 and request that the Court address this issue at the conference.

## Background

    Plaintiff brings this putative class action against Defendants under the Fair Labor Standards Act ("FLSA") and the New York Labor Law ("NYLL") on behalf of herself and all other tipped employees who worked at Defendants' restaurant from April 25, 2019 through the present. Dkt. No. 1. Plaintiff worked for Defendants' restaurant as a sever and alleges that Defendants violated the law by stealing tips, failing to pay the minimum wage and overtime rates of pay, and failing to provide adequate wage notices and pay stubs. Dkt. No. 1, ¶¶ 33-55.

    On April 25, 2025, Plaintiff filed her initial complaint. *See* Dkt. No. 1. Defendants did not answer or move in response to the complaint, and on June 20, 2025 the Clerk of the Court entered a Certificate of Default against all Defendants. *See* Dkt. No. 10. On July 14, 2025, Plaintiff requested leave from Judge Chen to serve discovery on Defendants and a third-party witness related to class certification and class damages. *See* Dkt. No. 11. Judge Chen granted Plaintiff's motion and designated your Honor to oversee any issues with class discovery. *See* July 17, 2025 Minute Order. Your Honor then scheduled a telephone conference for September 9. *See* July 22, 2025 Minute Order.

## Plaintiff's Requests

    On July 22, 2025, Plaintiff served Defendants, via USPS Priority Mail at Defendants' business address, Plaintiff's First Request for the Production of Documents and First Set of Interrogatories.

These requests are attached hereto as Exhibit A and B, respectively. Responses to these requests were due on August 21. Defendants have not responded to Plaintiff's discovery requests.

In addition to mail, on August 4, Plaintiff's counsel emailed the requests to Defendants at the Corporate Defendant's business email address as well as to the Individual Defendant's personal email address.[1] Plaintiff's counsel followed up with Defendants via phone call and email multiple times. Earlier today, on September 5, Defendants responded to Plaintiff's via email for the first time, confirming receipt of the requests. Plaintiff then informed Defendants that Plaintiff would be filing a letter with the Court requesting an order to compel compliance with Plaintiff's discovery requests.

Pursuant to Federal Rule of Civil Procedure ("FRCP") 37(a), Plaintiff now moves for an order to compel Defendants to respond to Plaintiff's discovery requests, specifically to answer Plaintiff's First Set of Interrogatories and to respond to and produce all documents in their possession responsive to Plaintiff's Requests for the Production for Documents. *See* Exs. A, B. These requests seek relevant documents and information for Plaintiff's anticipated motion for class certification. That is, Plaintiff seeks payroll records, timesheets, wage statements, wage notices, and tip pool records, documents that Plaintiff has already been granted leave to seek and which are materially central to Plaintiff's anticipated motion for class certification. There is no reason that Defendants cannot or should not respond to these requests.

In addition, Plaintiff requests that, pursuant to FRCP 37(b), the Court provide a notice to Defendants in the order to compel that any non-compliance with the discovery order may result in appropriate sanctions against Defendants.

We respectfully request that the Court order Defendants, on pain of sanctions, to respond to Plaintiff's discovery requests. We thank your Honor for your careful consideration of this matter.

Respectfully Submitted,

/s/ Michael DiGiulio
Michael DiGiulio
32 Broadway, Suite 601
New York, NY 10004
Tel: 212-688-5640

*Attorney for Plaintiff*

---

[1] Plaintiff's counsel located these email addresses from public record searches, as well as from Defendants' restaurant's website.

2