UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FABIANA MEDINA, on behalf of herself and others similarly situated

CIVIL ACTION NO.: 25-CV-2313

vs

*Plaintiff*

**CASA ORA, LLC and IVO DIAZ**

*Defendant*

## AFFIRMATION OF SERVICE

The undersigned, affirms and says;

Undersigned is not a party herein, is over 18 years of age and resides in East Meadow, New York

That on **9/15/2025** at **4:49 PM** at **148 Meserole Street, Brooklyn, NY 11206**

undersigned served a(n) **Notice of Electronic Filing, Plaintiff's First Set of Interrogatories, Plaintiff's First Request for the Production of Documents**

on **Ivo Diaz**

by delivering thereat a true copy of each to **Stephanie Rodriguez [Co-Worker]**, a person of suitable age and discretion. Said premises is defendant's actual place of business within the state.

Within 20 days of such delivery, undersigned mailed a copy of same by first class mail in a postpaid envelope properly addressed to defendant at defendant's actual place of business at **148 Meserole Street, Brooklyn, NY 11206**. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

Mailed Copy on **09/16/2025**

**c/o Casa Ora LLC**

<u>Description of Person Served Based on Undersigned's Perception:</u>
Gender: Female
Race: Hispanic
Hair: Black
Age: 22 - 35 Yrs.
Height: 5' 9" - 6' 0"
Weight: 161-200 Lbs.
Other:

MILITARY SERVICE: Upon information and belief based upon the conversation(s) and observation(s) as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

I affirm on 09/16/2025 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Juan Aguirre
License No. 2119916

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FABIANA MEDINA, on behalf of herself and others similarly situated

CIVIL ACTION NO.: 25-CV-2313

*Plaintiff*

vs

CASA ORA, LLC and IVO DIAZ

*Defendant*

## AFFIRMATION OF SERVICE

The undersigned, affirms and says;

Undersigned is not a party herein, is over 18 years of age and resides in East Meadow, New York

That on **9/15/2025** at **4:49 PM** at **148 Meserole Street, Brooklyn, NY 11206**

undersigned served a(n) **Notice of Electronic Filing, Plaintiff's First Set of Interrogatories, Plaintiff's First Request for the Production of Documents**

on **Casa Ora LLC**,

by delivering thereat a true copy of each to **Stephanie Rodriguez** personally, who stated that he/she is **authorized to accept service** thereof.

Description of Person Served Based on Undersigned's Perception:
Gender : Female
Race: Hispanic
Hair : Black
Age : 22 - 35 Yrs.
Height : 5' 9" - 6' 0"
Weight :161-200 Lbs.
Other :

I affirm on 09/16/2025 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Juan Aguirre
License No.2119916