JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

---

| | |
|---|---|
| Charles Joseph | 32 Broadway, Suite 601 D. |
| Maimon Kirschenbaum | New York, NY 10004 |
| Denise Schulman | Phone (212) 688-5640 |
| Josef Nussbaum | Fax (212) 688-2548 |
| Lucas C. Buzzard | www.jk-llp.com |
| Leah Seliger | |
| Michael DiGiulio | |

November 21, 2025

**VIA ECF**

Hom. Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     ***Fabiana Medina v. Casa Ora, LLC, et al.* – Case No. 1:25-cv-2313 – Joint
        Status Report**

Dear Judge Levy,

We represent Plaintiff Fabiana Medina in the above-referenced action, and we write jointly with Defendants, pursuant to the Court's October 30, 2025, Order ("Order), to provide an update as to the status of the case and Plaintiff's outstanding discovery requests.

**<u>Plaintiff's Position</u>**

As the Court is aware, this is a Fair Labor Standards Act and New York Labor Law class action wage and hour case, and Defendants have defaulted. *See* Dkt. Nos. 1, 10. Post-default, Judge Chen granted Plaintiff leave to obtain class discovery from Defendants. *See* July 17, 2025 Minute Order. As such, on July 22, 2025, Plaintiff served Defendants with Plaintiff's First Request for the Production of Documents and First Set of Interrogatories. Defendants did not respond to these requests. On September 5, Plaintiff filed a motion to compel the production of class documents. Dkt. No. 12. On September 9, the Court held a discovery hearing, which your Honor adjourned until October 16 and then, at the request of Defendants' counsel, to October 30 to allow Defendants the opportunity to attend. *See* September 9, 2025 Minute Order; Dkt. No. 15; October 15, 2025 Minute Order.

At the conference, the Court ordered: 1) the parties to meet and confer regarding Defendants' responses to Plaintiff's class-wide discovery requests by November 21; 2) Defendants to produce responsive documents by November 21; and 3) the parties to provide a status update to the Court and a case management plan by November 21. *See* Order.

Pursuant to the Order, Plaintiff attempted at least five separate times to schedule a meet and confer with Defendants' counsel regarding Defendants' document production.[1] Defendants' counsel responded twice, and only to represent to Plaintiff that they were unable to reach their client, implying

---

[1] Plaintiff emailed Defendants to schedule a meet and confer call on October 31, November 4, 7, 13, and 19.

that a meet a confer would not be productive. As a result, the parties have not met and conferred regarding Defendants' class-wide production, and Defendants have not produced any responsive documents. Thus, Plaintiff now requests to renew her September 5, 2025, motion to compel the production of class-wide documents. Dkt. No. 12. Plaintiff requests that the Court order Defendants to produce all responsive documents and interrogatory responses by December 5, and that if Defendants fail to comply with this order that Defendants will be in contempt and be subject to sanctions.

At this time, and in light of Defendants' repeated and blatant non-compliance with the Court's orders, Plaintiff will not agree to vacate the defaults against Defendants.  In addition, Plaintiff does not believe the Court should set a case management schedule but should order Defendants compliance with Plaintiff's class-wide discovery requests, allow Plaintiff to maintain her default judgments against Defendants and to move for Rule 23 class certification once class discovery is complete. Should the Court desire to set another conference date, Plaintiff is available on December 1, 2, 3, 5, 8, 9, or 10.

**Defendants' Position**

Despite multiple attempts to contact my client—including repeated telephone calls and emails—my client has not responded to any of these communications. Consequently, I am presently unable to engage in a meaningful conference or provide the Court with the substantive updates and information required.

We thank your Honor for your careful consideration of this matter.

Respectfully Submitted,

/s/ Michael DiGiulio
Michael DiGiulio
32 Broadway, Suite 601
New York, NY 10004
Tel: 212-688-5640

*Attorney for Plaintiff, and*
*the Putative Collective and Class*

2