

February 19, 2026

Honorable Judge Robert M. Levy
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Medina v. Casa Ora, LLC et. al.
Case # 1:25-cv-02313-PKC-RML

Dear Honorable Judge Levy:

Please allow this to serve as a written status report, submitted on behalf of the Defendants, Casa Ora and Ivo Diaz.

At this time, I have not been formally retained in this matter. Additionally, I have been unable to establish contact with my clients despite my efforts to do so.

I will provide further updates as soon as I am able to communicate with the Defendants and clarify my representation status.

I greatly appreciate the Court's consideration on this matter.

Respectfully,

Charles Wertman, Esq.

cc:   Via all parties on ECF

100 Merrick Road Suite 304 W • Rockville Centre • New York 11570
Tel: (516) 284-0900 • Fax (516) 284-0901
charles@cwertmanlaw.com