JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

| | |
|---|---|
| Charles Joseph | 45 Broadway, Suite 320 |
| D. Maimon Kirschenbaum | New York, NY 10006 |
| Denise Schulman | Tel: 212-688-5640 |
| Josef Nussbaum | Fax: 212-981-9487 |
| Lucas Buzzard | www.jk-llp.com |
| Leah Seliger | |
| Michael DiGiulio | |

February 23, 2026

**VIA ECF**

Hom. Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> **Re:**    ***Fabiana Medina v. Casa Ora, LLC, et al.* – Case No. 1:25-cv-2313 –
> Plaintiff's Status Report**

Dear Judge Levy,

We represent Plaintiff Fabiana Medina in the above-referenced action, and we write pursuant to the Court's February 17, 2026 Status Report Order ("Order") to provide the Court with a Status Report on or before February 24, 2026. *See* February 17, 2026 Minute Order.

As the Court is aware, this is a Fair Labor Standards Act and New York Labor Law class action wage and hour case, Defendants have defaulted, Plaintiffs have sought post-default class discovery, and Defendants have repeatedly failed to comply with these discovery requests. *See* Dkt. Nos. 1, 10, 12, 16. On December 15, 2025, Plaintiff moved to compel Defendants to respond to Plaintiff's discovery requests, which the Court granted and explicitly notified Defendants that failure to comply without good cause will result in sanctions. *See* Dkt. Nos. 17, 18. Defendants failed to comply with the Court's order to compel, and on January 9, 2026, Plaintiff moved for sanctions. *See* Dkt. Nos. 18, 19, 20. Defendants did not oppose or respond to this motion. This motion is currently pending before the Court.

On February 19, 2026, Defendants' attorney of record, Charles Wertman unilaterially filed a status report in response to the Court's Order. *See* Dkt. No. 21 ("Defendants' Status Report"). Although Mr. Wertman has filed a Notice of Appearance in this action and participated in a discovery conference on behalf of Defendants, in Defendants' Status Report Mr. Wertman states that he has not been been retained by Defendants. *See* Dkt. Nos. 14, 21, October 30, 2025 Minute Entry. Regardless of whether Mr. Wertman has been "retained" by Defendants, Mr. Wertman has been representing them in this action. As such, since Mr. Wertman's appearance in this action on October 14, 2025, all of Plaintiff's filings and the Court's Orders in this matter have been properly served on Defendants under Federal Rule of Civil Procudure 5(b)(2)(E). However, in light of Mr.

1

Wertman's representation in Defendants' Status Report and in order to ensure that Defendants have received actual notice of the Court's discovery orders and Plaintiff's motion for sanctions, Plaintiff now requests that the Court order Mr. Wertman to confirm the manner and timing in which he has communicated all Court filings to Defendants.

We look forward to discuss these issues during the in-person conference on March 4, 2026, and we thank your Honor for your careful consideration of this matter.

Respectfully Submitted,

/s/ Michael DiGiulio
Michael DiGiulio
45 Broadway, Suite 320
New York, NY 10006
Tel: 212-688-5640

*Attorney for Plaintiff, and*
*the Putative Collective and Class*