ROBERT M. LEVY
U. S. MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICIAL BUSINESS

MID-ISLAND NY 117

18 MAY 2026PM 5 L

quadient

FIRST-CLASS MAIL
IMI

$000.74

05/18/2026   ZIP 11301
043M92206494

US POSTAGE

Julia's NYC LLC
169 Graham Avenue
Ground Floor Store
Broo

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 11201183299      *1702-05416-18-44

**U.S. District Court**

**Eastern District of New York**

**Notice of Electronic Filing**

The following transaction was entered on 5/14/2026 at 9:50 AM EDT and filed on 5/14/2026

**Case Name:**          Medina v. Casa Ora, LLC et al

**Case Number:**       1:25-cv-02313-PKC-RML

**Filer:**

**Document Number:** No document attached

**Docket Text:**
**ORDER granting [28] MOTION for Extension of Time *until May 29, 2026* to File Motion for Default Judgment. Ordered by Magistrate Judge Robert M. Levy on 5/14/2026. (JM)**

**1:25-cv-02313-PKC-RML Notice has been electronically mailed to:**

Daniel Maimon Kirschenbaum    maimon@jk-llp.com

Michael Lewis DiGiulio    mike@jk-llp.com, maimon@jk-llp.com

**1:25-cv-02313-PKC-RML Notice will not be electronically mailed to:**

Casa Ora, LLC


Ivo Diaz